

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2016

No. 04-16-00082-CV

**URMAN, INC.**,
Appellant

v.

**CENVEO CORPORATION** (Cross-Appellant),
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVF001606D1
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

The clerk's record is due on April 8, 2016. On April 4, 2016, the trial court clerk filed a Notification of Late Record, stating that appellant, Urman, Inc., has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than April 18, 2016** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, appellant's appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court